**Richard STALLINGS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 71751.**

Missouri Court of Appeals, Western District.

Sept. 21, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 2, 2010.

Richard Stallings, Cameron, MO, pro se, appellant.

Shaun J. MacKelprang, Esq., and Richard Starnes, Esq., Jefferson City, MO, for respondent.

Before: MARK D. PFEIFFER, P.J., and VICTOR C. HOWARD and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Richard Stallings appeals from the dismissal of his petition for declaratory judgment, which sought to reopen proceedings on his motion for post-conviction relief following his conviction for first-degree murder and armed criminal action. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).